IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, 2 )<br>)<br>      **Plaintiff,** )<br>)<br>vs. )<br>)<br>FREEBURG COMMUNITY )<br>CONSOLIDATED SCHOOL DISTRICT )<br>NO. 70, CLARENCE HAEGE, and )<br>LAWRENCE MEGGS, )<br>)<br>      **Defendants.** | CIVIL NO. 12-83-GPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 8/27/2013

                                                NANCY J. ROSENSTENGEL, CLERK

                                                By:  s/ Linda M. McGovern
                                                        Deputy Clerk

APPROVED: S/G. Patrick Murphy
                  G. Patrick Murphy
                  United States District Judge